UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
JUN 27 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 7:24-CR-11-DCR

JASON RYAN CAMPBELL

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2251(a)

On or about July 7, 2022, in Johnson County, in the Eastern District of Kentucky,

**JASON RYAN CAMPBELL**

did employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 2
### 18 U.S.C. § 2251(a)

On or about August 22, 2022, in Johnson County, in the Eastern District of Kentucky,

**JASON RYAN CAMPBELL**

did employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually

explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3
## 18 U.S.C. § 2251(a)

On or about August 27, 2022, in Johnson County, in the Eastern District of Kentucky,

**JASON RYAN CAMPBELL**

did employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 4
## 18 U.S.C. § 2252(a)(4)(b)

On or about May 24, 2024, in Johnson County, in the Eastern District of Kentucky,

**JASON RYAN CAMPBELL**

knowingly possessed one or more matters, that is, electronic devices, which contained visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate commerce, and which were produced using materials that had been mailed, shipped, and transported by any means, including by computer, and which visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

A TRUE BILL

███████████

*[signature]*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-3:**

Not less than 15 years nor more than 30 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years.

**If prior qualifying child sex abuse conviction:** Not less than 25 years nor more than 50 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years.

**COUNT 4:**

Not more than 10 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years.

**If prior qualifying child sex abuse conviction:** Not less than 10 years nor more than 20 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years.

**PLUS:** Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.

**PLUS:** Forfeiture of listed assets.